## IN THE UNITED STATES DISTRICT COURT OF
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2006 JUN 20  P 3: 24

CHIQUITA L. McKINNES,                    )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )      CIVIL ACTION
                                         )      NO.: 2:06cv550-WHA
JOHNSON & JOHNSON, INC.;                 )
JOHNSON & JOHNSON                        )
PHARMACEUTICAL RESEARCH AND              )
DEVELOPMENT, LLC; ORTHO-MCNEIL           )
PHARMACEUTICAL, INC., BRAD               )
MORROW, Sales Representative, JAMIE      )
FORBES, Sales Representative, and        )
FICTITIOUS DEFENDANTS A, B, C, D, E      )
and F, being those persons, sales representative, )
firms or corporations whose fraud, scheme to )
defraud, negligence and/or other wrongful )
conduct caused or contributed to the Plaintiff's )
injuries, and whose true names and identities )
are presently unknown to the Plaintiff but will )
be substituted by amendment when ascertained, )
                                         )
                    Defendants.          )
                                         )

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

COME NOW defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical

Research and Development, LLC, Ortho-McNeil Pharmaceutical, Inc. (hereinafter "J&J"), by

and through its counsel, and hereby certify that this action was removed to this Court and that a

copy of the Notice of Removal was sent to the Circuit Court of Barbour County, Alabama, for

filing.

Respectfully submitted,

JOSEPH P. H. BABINGTON (BABI7938)
THOMAS RYAN LUNA (LUNAT2309)
Attorneys for Defendants Johnson & Johnson,
Ortho-McNeil Pharmaceutical, Inc., and Johnson &
Johnson Pharmaceutical Research & Development,
LLC


Of Counsel:

Helmsing, Leach, Herlong,
Newman & Rouse, P.C.
Post Office Box 2767
Mobile, AL  36652
(251) 432-5521 (Telephone)
(251) 432-0633 (Facsimile)


Of Counsel:

Susan M. Sharko
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932
Telephone:    973-360-1100
Fax:          973-360-9831

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing **Certificate of Filing Notice of Removal of Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research & Development, LLC**, has been served on the following counsel of record by placing a copy of the same in the United States Mail, postage prepaid and properly addressed, this _____20_____ day of June, 2006:


Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin,
Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36104


Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL  36016


OF COUNSEL