RECEIVED

2006 JUN 20 P 3: 25

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA (NORTHERN)

| | |
|---|---|
| CHIQUITA L. MCKINNES, | ) CIVIL ACTION NO. |
| Plaintiff, | ) 2:06CV550-WHA |
| v. | ) |
| JOHNSON & JOHNSON, INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now, JOSEPH P. H. BABINGTON, and notices his appearance in the above matter for the Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC.

_____
JOSEPH P. H. BABINGTON – BAB7938

OF COUNSEL
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
P. O. Box 2767
Mobile, AL 36652
(251) 432-5521
FAX: (251) 432-0633

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing **Notice of Appearance of Counsel,** has been served on the following counsel of record by placing a copy of the same in the United States Mail, postage prepaid and properly addressed, this ___20___ day of June, 2006:

Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin,
Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36104

Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016

_____
OF COUNSEL