RECEIVED

2006 JUN 20 P 3: 25

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA (NORTHERN)

| | | |
|---|---|---|
| CHIQUITA L. MCKINNES, | ) | CIVIL ACTION NO. |
| | ) | 2:06 CV 550 - WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNSON & JOHNSON, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now, THOMAS RYAN LUNA, and notices his appearance in the above matter for the Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC.

THOMAS RYAN LUNA – LUNAT2309

OF COUNSEL
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
P. O. Box 2767
Mobile, AL 36652
(251) 432-5521
FAX: (251) 432-0633

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing **Notice of Appearance of Additional Counsel,** has been served on the following counsel of record by placing a copy of the same in the United States Mail, postage prepaid and properly addressed, this 20 day of June, 2006:

Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin,
Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36104

Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016

_____
OF COUNSEL