IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHIQUITA L. MCKINNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv550-WHA |
| ) | |
| JOHNSON & JOHNSON, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Remand (Doc. #7), filed on June 23, 2006, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before July 19, 2006** why the motion should not be granted. The Plaintiff shall have **until July 26, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 29th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE