IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHIQUITA L. MCKINNES, | ) CASE NO. 2:06-CV-00550-WHA-VPM |
| Plaintiff, | ) JUDGE ALBRITTON |
| v. | ) |
| JOHNSON & JOHNSON, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now, RUSSELL C. BUFFKIN, and notices his appearance as additional counsel in the above matter for the Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc., and Johnson & Johnson Pharmaceutical Research and Development, LLC.

/s/ Russell C. Buffkin
RUSSELL C. BUFFKIN (BUFFR6510)

OF COUNSEL
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
P. O. Box 2767
Mobile, AL  36652
(251) 432-5521
FAX:  (251) 432-0633

## **CERTIFICATE OF SERVICE**

      This is to certify that the undersigned has this date electronically filed the foregoing **Notice of Appearance of Additional Counsel** with the Clerk of the U. S. District Court for the Middle District of Alabama using the CM/ECF system which will send notification of such filing to the following counsel:

Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin,
Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36104

Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL 36016


                         /s/ Russell C. Buffkin
                         OF COUNSEL