# IN THE UNITED STATES DISTRICT COURT OF
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHIQUITA L. McKINNES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>JOHNSON & JOHNSON, INC.; et al. )<br>)<br>)<br>Defendants. ) | Case No.: 2:06-CV-00550-WHA-VPM |

## NOTICE OF FILING MATERIAL IN SUPPORT OF STAY

Defendants, Johnson & Johnson; Johnson & Johnson Pharmaceutical Research and Development, LLC; and Ortho-McNeil Pharmaceutical, Inc. (hereinafter "Pharmaceutical Defendants"), by and through their counsel of record and without waiving any rights to reply to Plaintiff's response to the Pharmaceutical Defendants' motion to stay, provide notice to the Court of Conditional Transfer Order number 14 (CTO-14) issued by the Judicial Panel on Multidistrict Litigation ("JPMDL") on July 17, 2006 in *In re Ortho-Evra Products Liability Litigation*, Docket No. 1742 (attached as **Exhibit A**). The JPMDL has included the *Pugh* and *McKinnes* cases in CTO-14, which, once finalized, will send these cases to the MDL proceeding in the Northern District of Ohio.

Respectfully submitted,

**/s/ Joseph P. H. Babington**
JOSEPH P. H. BABINGTON (BABIJ7938)
RUSSELL C. BUFFKIN (BUFFR6510)
THOMAS RYAN LUNA (LUNAT2309)
*Attorneys for Defendants Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, LLC, and Ortho-McNeil Pharmaceutical, Inc.*

1

OF COUNSEL:

**HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.**
P.O. Box 2767
Mobile, AL  36652
Phone: 251-432-5521
Fax: 251-432-0633

  -and -

SUSAN M. SHARKO
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, NJ  07932
*Subject to Pro Hac Vice Admission*

### CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date, July 19, 2006, electronically filed the foregoing motion with the Clerk of the U. S. District Court for the Middle District of Alabama using the CM/ECF system which will send notification of such filing to the following counsel:

Jere L. Beasley
Andy D. Birchfield, Jr.
Wesley Chadwick Cook
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160


Shane Seaborn
Penn & Seaborn, LLC
P. O. Box 688
Clayton, AL  36016


/s/ Joseph P. H. Babington
OF COUNSEL

Doc. #113960

2