United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

January 10, 2007

Clerk
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

Re: MDL . 1742 Ortho Evra Products Liability Litigation

<u>Transfer of Civil Cases</u>        <u>MDAL#</u>
**McKinnes v Johnson & Johnson**      2:06-550
**Pugh v Johnson & Johnson**         2:06-551

Dear Sir/Madam:

    Enclosed are certified copies of Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil actions to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    <u>Once cases have been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below.  **We will retrieve documents electronically.**</u>

    Northern District of Ohio case number will be assigned upon receipt of records.

    Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By *Jennifer Smolinski*
Renee Schumitsh
MDL Coordinator
(216) 357-7017

    Renee_Schumitsh@ohnd.uscourts.gov and
    Jenny_E_Smolinski@ohnd.uscourts.gov