**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 18, 2007

# NOTICE OF MDL TRANSFER

```
Clerk of Court
United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113

Re:   Re: MDL 1742 Ortho Evra Products Liability Litigation
      USDC/MDAL Civil Action No. #2:06-cv-00550
      McKinnes v. Johnson & Johnson et al

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 12/19/06 and filed with your
court on 1/10/07.  As requested in your letter, the case is being
transferred electronically. Your letter stated that your office
will retrieve documents electronically once your office has been
notified that our case has been closed.  Notification of this
case being closed was e-mailed on 1/18/07 to the address provided
in your letter.
```

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE NORTHERN DISTRICT OF OHIO.**